Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 11 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH PATRICK GONZALES,<br><br>Defendant. | 1:25-CR-2021-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a<br>Firearm<br>(Count 1)<br><br>26 U.S.C. §§ 5841, 5861(d),<br>and 5871<br>Possession of Unregistered<br>Firearm<br>(Count 2)<br><br>18 U.S.C. § 924(d)(1), 26<br>U.S.C. § 5872, 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about July 14, 2024, in the Eastern District of Washington, the

Defendant, JOSEPH PATRICK GONZALES, knowing his status as a person

INDICTMENT – 1

previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a J.C. Higgins Model 20, 12 Gauge shotgun bearing catalogue number 583.2001, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about July 14, 2024, in the Eastern District of Washington, the Defendant, JOSEPH PATRICK GONZALES, knowingly received and possessed a firearm, to wit: a J.C. Higgins Model 20, 12 Gauge shotgun bearing catalogue number 583.2001, having a barrel or barrels of less than 18 inches in length and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 1 of this Indictment, the Defendant, JOSEPH PATRICK GONZALES, shall

INDICTMENT – 2

forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a J.C. Higgins Model 20, 12 Gauge shotgun bearing catalogue number 583.2001

Pursuant to 26 U.S.C. § 5872, upon conviction of an offense in violation of 26 U.S.C. § 5861(d) as set forth in Count 2 of this Indictment, the Defendant, JOSEPH PATRICK GONZALES, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense(s), including, but not limited to:

- a J.C. Higgins Model 20, 12 Gauge shotgun bearing catalogue number 583.2001.

DATED this 11th day of March 2025.

A TRUE BILL



Richard R. Barker
Acting United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 3